IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Velocity Servers, Inc. dba ColoCrossing | ) ) ) Case No. 20-6000 ) ) |

**Petitioner Antares Capital LP's Request for Issuance of 17 U.S.C. § 512(h) Subpoena**

Petitioner Antares Capital LP ("Antares") respectfully requests that the Clerk of this Court issue a subpoena to Velocity Servers, Inc. dba ColoCrossing ("Velocity Servers") to identify an alleged infringer or infringers pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h) (the "DMCA Subpoena"), and states the following:

1. The DMCA Subpoena is directed to Velocity Servers, the service provider of the website to which the infringing party posted content at *inter alia* the following URLs:

   https://www.ki-ecfinance.com

   https://www.ki-ecfinance.com/en/index.html

   https://www.ki-ecfinance.com/en/about-KI%20-%20EC/index.html

   https://www.ki-ecfinance.com/en/financing/index.html

   https://www.ki-ecfinance.com/en/about-KI%20-%20EC/leadership-team/index.html

The above-cited content infringes copyrights held by Antares.

2. Antares has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

   a. A sworn declaration (the "DeMarte Declaration") confirming that the purpose of the requested DMCA Subpoena is to obtain the identity of an alleged infringer or infringers and that such information will only be used

for the purpose of protecting Antares' rights under 17 U.S.C. § 101 *et seq.* is attached to this Petition as Exhibit A;

b. A copy of the notice required by 17 U.S.C. § 512(c)(3)(A) is attached to the DeMarte Declaration as Exhibit 1; and

c. Antares' proposed DMCA Subpoena is attached to this Petition as Exhibit B.

Because Antares has complied with the statutory requirements, Antares respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Respectfully submitted,

Dated: October 8, 2020

By: */s/ Luke W. DeMarte*
Luke W. Demarte
lwdemarte@michaelbest.com
Carolyn E. Isaac
ceisaac@michaelbest.com
444 West Lake Street, Suite 3200
Chicago, IL 60606
312.222.0800 (phone)
312.222.0818 (facsimile)

*Attorneys for Petitioner Antares Capital LP*