# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Velocity Servers, Inc. dba ColoCrossing | ) ) ) Case No. 20-6000 ) ) |

**Declaration in Support of Petitioner Antares Capital LP's
Request for Issuance of 17 U.S.C. § 512(h) Subpoena**

I, Luke DeMarte, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois and am associated with Michael Best & Friedrich LLP ("MBF"), counsel for Antares Capital LP ("Antares"). MBF is authorized to act on behalf of Antares on matters involving the infringement of Antares' copyrighted works. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, I could and would testify competently thereto.

2. I submit this Declaration in support of Antares' request for issuance of a subpoena to Velocity Servers, Inc. dba ColoCrossing ("Velocity Servers"), pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify an alleged infringer or infringers who posted unauthorized copies of certain works owned by Antares in violation of Antares' copyrights (the "Infringing Content"), including at the following URLs:

https://www.ki-ecfinance.com

https://www.ki-ecfinance.com/en/index.html

https://www.ki-ecfinance.com/en/about-KI%20-%20EC/index.html

https://www.ki-ecfinance.com/en/financing/index.html

https://www.ki-ecfinance.com/en/about-KI%20-%20EC/leadership-team/index.html

1

3. On October 6, 2020, I submitted a notification of infringement to Velocity Servers on behalf of Antares, via email to [management@colocrossing.com](mailto:management@colocrossing.com), identifying the Infringing Content and providing information required by 17 U.S.C. § 512(c)(3)(A). This is the email address identified by Velocity Servers to send notifications of claimed infringement in its DMCA Designated Agent registration with the U.S. Copyright Office. A true and correct copy of the notice submitted to Velocity Servers is attached to this Declaration as Exhibit 1.

4. On October 8, 2020, I resent the notification to Velocity Servers via email at [management@colocrossing.com](mailto:management@colocrossing.com), [abuse@colocrossing.com](mailto:abuse@colocrossing.com), and [sales@colocrossing.com](mailto:sales@colocrossing.com) as the Infringing Content had not yet been removed and no response was received from Velocity Servers.

5. Antares is seeking this DMCA Subpoena to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Antares' rights under 17 U.S.C. §§ 101, *et seq.*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 8, 2020    /s/ *Luke DeMarte*
Luke DeMarte
Attorney for Petitioner
Antares Capital LP