# EXHIBIT 1



**Michael Best & Friedrich LLP**
**Attorneys at Law**
**Luke W. DeMarte**
**T** 312.222.5795
**E** lwdemarte@michaelbest.com

Ocotber 6, 2020

**VIA E-MAIL MANAGEMENT@COLOCROSSING.COM**

Velocity Servers, Inc. dba ColoCrossing
325 Delaware Ave.
Suite 300
Buffalo, NY 14202

Re:   DMCA Copyright Infringement Notification

Dear Sirs:

This firm represents Antares Capital LP ("Antares").  We hereby provide notice of infringements of Antares' copyrights pursuant to the terms of the Digital Millennium Copyright Act.

Antares is the owner of various copyrighted works, including the website https://www.antares.com/ and all of the images, text, and audiovisual works displayed on such site (collectively, the "Antares Website").

It has come to our attention that ColoCrossing is hosting a website at https://www.ki-ecfinance.com (the "Infringing Website") which is an unauthorized copy of nearly all of the Antares Website.

Representative examples of such unauthorized copying include the following:



ColoCrossing
October 6, 2020
Page 2

Antares Website



Infringing Website (https://www.ki-ecfinance.com/en/index.html)





ColoCrossing
October 6, 2020
Page 3

Antares Website



Infringing Website (https://www.ki-ecfinance.com/en/about-KI%20-%20EC/index.html)





ColoCrossing
October 6, 2020
Page 4

Antares Website



Infringing Website (https://www.ki-ecfinance.com/en/financing/index.html)







ColoCrossing
October 6, 2020
Page 5

Antares Website




**Amit Bafna**
Managing Director
New York


**Jonathan E. Balch**
Managing Director
Atlanta


**Daniel L. Barry**
Senior Managing Director
Chicago


**Rick Beaudoin**
Managing Director
New York


**Josh Becker**
Vice President
Chicago


**Kyle Blumer**
Vice President
Chicago


**Parag Bordia**
Senior Vice President
Chicago


**David M. Brackett**
Chief Executive Officer
New York


**Diane Burton**
Managing Director
New York


**Doug Cannaliato**
Senior Managing Director
New York


**Adam Chalmers**
Vice President
Chicago


**Ben Chapin**
Managing Director
Los Angeles


**Kenneth Chen**
Senior Vice President
New York


**Michael Chirillo**
Senior Managing Director
Chicago


**Maila Chuong**
Vice President
New York


**Rich Davidson**
Senior Vice President
Chicago



ColoCrossing
October 6, 2020
Page 6



Infringing Website
(https://www.ki-ecfinance.com/en/about-KI%20-%20EC/leadership-team/index.html)



I have a good faith belief that such use of the Antares Website on the Infringing Website hosted by ColoCrossing is not authorized by the copyright owner, the copyright owner's agent, or the law. The information in this notification is accurate. I swear, under the penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights in the Antares Website that are allegedly infringed.



ColoCrossing
October 6, 2020
Page 7

We therefore request that you immediately remove or disable access to the entirety of the Infringing Website.

I can be contacted at the address, email address and phone number below:

> Luke DeMarte
> Michael Best & Friedrich LLP
> 444 W. Lake Street, Suite 3200
> Chicago, IL 60606
> lwdemarte@michaelbest.com
> (312) 222-5795

Very truly yours,

**MICHAEL BEST & FRIEDRICH LLP**

*/s/ Luke W. DeMarte*

Luke W. DeMarte

212828-9003\29050276.v1